1 Mahadhi Corzano (SBN: 254905)
  Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
  Los Angeles, CA 90025
3 Tel: 323-988-2400 x255
  Fax: 866-583-3695
4 mcorzano@consumerlawcenter.com
  Attorneys for Plaintiff,
5 HEATHER OLSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| HEATHER OLSON, | ) Case No.: 2:11-cv-10000-SS |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| ROSENTHAL, STEIN & ASSOCIATES, | ) |
| Defendant. | ) |

## **NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, HEATHER OLSON ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

1

| | | |
|---|---|---|
| 1 | DATED: March 26, 2012 | RESPECTFULLY SUBMITTED, |
| 2 | | KROHN & MOSS, LTD. |
| 4 | | By: /s/ Mahadhi Corzano |
| 5 | | Mahadhi Corzano (SBN: 254905) |
| | | Krohn & Moss, Ltd. |
| 6 | | 10474 Santa Monica Blvd., Suite 401 |
| | | Los Angeles, CA 90025 |
| 7 | | Tel: 323-988-2400 x255 |
| | | Fax: 866-583-3695 |
| 8 | | mcorzano@consumerlawcenter.com |
| | | Attorneys for Plaintiff, |
| 9 | | HEATHER OLSON |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address:

    Michael J. Cohen
    Northside Law Center, LLC
    267 W. Wieuca Rd. NE
    Suite  201
    Atlanta, GA  30342

By:    /s/ Mahadhi Corzano

Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
HEATHER OLSON

3