| | |
|---|---|
| 1 | Douglas Baek (SBN: 258321) |
| 2 | Krohn & Moss, Ltd.<br>10474 Santa Monica Blvd., Suite 401 |
| 3 | Los Angeles, CA 90025<br>Tel: 323-988-2400 x244 |
| 4 | Fax: 866-829-5083<br>dbaek@consumerlawcenter.com |
| 5 | Attorneys for Plaintiff,<br>HEATHER OLSON |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HEATHER OLSON, | ) | **Case No.: 2:11-cv-10000-SS** |
| Plaintiff, | ) ) | |
| v. | ) | **VOLUNTARY DISMISSAL** |
| ROSENTHAL, STEIN & ASSOCIATES, | ) ) | |
| Defendant. | ) ) ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

HEATHER OLSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ROSENTHAL, STEIN & ASSOCIATES (Defendant), in this case.

DATED: May 29, 2012      RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Douglas Baek

Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com

1
_____
Voluntary Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to defendant at the below address:

Michael J. Cohen
Northside Law Center, LLC
267 W. Wieuca Rd. NE
Suite 201
Atlanta, GA 30342

By: /s/ Douglas Baek

Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorneys for Plaintiff

2
_____
Voluntary Dismissal